GEORGE W. LOFT SECURITIES CORPORATION, Respondent, v TOBACCO PRODUCTS CORPORATION, a Virginian Corporation, and Others, Appellants, and FREDERICK K. MORROW, Defendant.— Order granting plaintiff's motion for summary judgment under rule 113 of the Rules of Civil Practice and the judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the plaintiff, not having become a party to the plan by the deposit of its securities, cannot reap the benefits thereof and is limited to the provisions of the corporation charter governing dissolution. Young, Kapper, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs in result.

VIOLET D. MOORE, as Administratrix, etc., of EDWARD T. MOORE, Deceased, Respondent, v. GOTTHILF BAHRET and Another, Appellants.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO FRANCO, Appellant, v. FRANK J. QUAYLE, JR., Sheriff of Kings County, and Another, Respondents; RAYMOND ADRIAN TIERNEY, as Receiver, and Another, Respondents.— Order dismissing writ of habeas corpus and remanding relator to custody reversed on the law, writ sustained and relator discharged from custody. In our opinion the warrant of commitment does not conform to section 774 of the Judiciary Law. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

MORTON SELIG, Respondent, v. BENJAMIN LAZRUS and Others, Individually and as Copartners Doing Business under the Firm Name and Style of BENRUS WATCH COMPANY, Appellants.— Order in so far as it grants plaintiff's motion to strike out the first defense reversed on the law, with ten dollars costs and disbursements, and motion denied; in so far as it denies defendants' cross-motion for summary judgment the order is affirmed. There are issues of fact to be tried in connection with the nature of the judgment and the contract between the parties. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.